United States District Court
Southern District of Texas
FILED

JUL 3 1 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| H. L. WATKINS, JR., | § | |
|     Plaintiff, Pro se, | § | |
| | § | |
| v. | § | |
| | § | |
| JAMES Y. SITGREAVES, | § | |
| JOHN CARRINGTON, | § | |
| ALFREDO PADILLA, | § | |
| LUIS V. SAENZ, | § | |
| ELOY CANO, | § | |
| FERNANDO MANCIAS, | § | CIVIL ACTION NO. B-00-112 |
| HIDALGO COUNTY, | § | |
| MIGDALIA LOPEZ, | § | |
| FILEMON B. VELA, | § | |
| FIDENCIO GARZA, JR. | § | |
| HILDA G. TAGLE, | § | |
| JOHN W. BLACK, | § | |
| JOHN D. RAINEY, | § | |
| W. EUGENE DAVIS, | § | |
| HAROLD DeMOSS, JR., | § | |
| JAMES L. DENNIS, | § | |
| MARCEL C. NOTZON, | § | |
| KEITH P. ELLISON, | § | |
| GEORGE P. KAZEN, | § | |
| LYNN N. HUGHES, | § | |
| STATE BAR OF TEXAS, | § | |
| ROBERT FLOWERS, | § | |
| STATE COMMISSION ON | § | |
| JUDICIAL CONDUCT, | § | |
| STATE OF TEXAS, | § | |
| MERVYN M. MOSBACKER, U.S. | § | |
| ATTORNEY, and U.S. ATTORNEY | § | |
| GENERAL JANET RENO, | § | |
|     Defendants | § | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING

The Defendants, Filemon B. Vela, Fidencio Garza, Jr., Hilda G. Tagle, John W. Black, John D. Rainey, W. Eugene Davis, Harold DeMoss, Jr., James L. Dennis, Marcel C. Notson, Keith B. Ellison, George P. Kazen, Lynn N. Hughes, Janet Reno and Mervyn M. Mosbacker, (hereinafter "Defendants"), in accordance with Rule 6(b)(1) of the Federal Rules of Civil Procedure, file this motion for enlargement of time to serve an answer or other responsive pleading to the Plaintiff's Original Petition. The court is referred to the following discussion for grounds in support of this motion.

1. The plaintiff originally filed this lawsuit in state court. Defendants began to receive copies of the plaintiff's petition on June 23, 2000, and subsequently removed this lawsuit to this court. The Defendants answer is due July 31, 2000. Fed.R.Civ.P. 81(c).

2. Defendants have requested that the Department of Justice provide them with legal representation on this case. Defendants' request is pending and it is anticipated that a decision will be made within the next fifty days.

3. Thus, Defendants are asking the court to give them until September 22, 2000, to serve an answer or other responsive pleading. No prejudice will result to any party if this motion is granted. The Defendants believe that they have shown good cause for the granting of this motion. Fed.R.Vic.P. 6(b)(1).

Therefore, Defendants respectively request that their motion be granted and that they be given until September 22, 2000, to serve an answer or other responsive pleading.

                                           Respectfully submitted,

                                           MERVYN M. MOSBACKER
                                           United States Attorney

By:                              _____
                                  Jose Vela, Jr.
                                  Assistant United States Attorney
                                  Illinois Bar Number 6210323
                                  Federal Bar No. 25492
                                  1701 W. Business 83, Suite 600
                                  McAllen, Texas 78501
                                  Phone: (956)618-8010
                                  Fax: (956) 618-8016

                                  Attorney for the Defendants

**CERTIFICATE OF CONSULTATION**

      On July 28, 2000, I, Jose Vela, Jr., called Mr. H. L. Watkins, Jr., Plaintiff, Pro se, but no one answered the telephone number provided by Mr. H. L. Watkins, Jr.

                                  _____
                                  JOSE VELA, JR.
                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

This will certify that a copy of Defendants' Motion for Enlargement of Time was served by certified mail, return receipt requested on July 28, 2000, to the following:

State of Texas
c/o John Cornyn, Atty. Gen.
300 W. 15th Street
Austin, Texas 78711

Luis Saenz
117 E. Price Rd.
Brownsville, Texas 78521

John Lee Carrington
113 E. Harrison
Harlingen, Texas 78550

James Y. Sitgreaves
2009-C Padre Blvd.
South Padre Island, Texas 8597

Alfredo Padilla
100 E. Van Buren St.
Brownsville, Texas 78520

State Bar of Texas
c/o General Counsel
P.O. Box 12487
Capital Station
Austin, Texas 78711-2487

Robert Flowers & State Commission
on Judicial Conduct
P.O. Box 12265
Capitol Station
Austin, Texas 78711

Migdalie Lopez
914 Harrison St.
Brownsville, Texas 78520

Eloy Cano
c/o Harlingen Police Department
P.O. Box 1631
Harlingen, Texas 78550

Hidalgo County
100 N. Closner
Edinburg, Texas 78539

Fernando G. Mancias
100 N. Closner
Edinburg, Texas 78539

H.L. Watkins, Jr.
El Amino Real-Box #59
San Benito, Texas 78586


JOSE VELA, JR.
Assistant United States Attorney