5

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

AUG 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Recusal Order | CASE NUMBER | C A B-00-112 |
| STYLE | H.L. Watkins, Jr. v. James Y. Sitgreaves et al | |
| Order | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |
| | Signed: | |
| | _[signature]_<br>United States District Judge | |
| | Date: August 10, 2000 | |

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | |
| | MICHAEL N. MILBY<br>United States District Clerk |
| | By: |
| | Deputy Clerk |