THE U.S. DISTRICT COU.
FOR THE SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

H.L. WATKINS, JR.                                     CIVIL ACTION B-00-112
PLANTIFF, PRO SE.                                     JURY

V.

JAMES YOW SITGREAVES, ET AL,
DEFENDANTS.

United States District Court
Southern District of Texas
FILED
SEP 27 2000
Michael N. Milby, Clerk of Court

MOTION FOR DISCOVERY HEARING;

TO THE HONORABLE JUDGE OF THIS COURT;

Comes to this Honorable Court, H.L. Watkins, Jr. Praying the Court will Honor his 5th Amendment Rights to Due process of the laws and Grant this Motion pursuant to the Federal Rules of Civil Procedure, Rule 26(F), And Ask most respectfully that such hearing be set within the next thirty days.

Further, Plaintiff Prays this Court will order the Cameron County Sheriff to allow me access to my office files in El Camino Real, San Benito, in order that I may prepare a case in advance of the hearing. Also, I ask that the Court order the Sheriff to allow me to appear in suitable street clothing during the hearing. The time in my office would not entail more than a couple of hours, And I ask that the Court Grant this request at least one week in advance.

For the Court's information, I am a bachelor and have no family closer than Pensicola, Florida or Denver, Colorado. In such a situation, I've retained a young man named Paul Castenado and his wife to act as my outside contact to care for my poodles and other duties as may arise while I await transfer to a state prison. They will accompany me in the Court, as well, he to handle Court documents and she to act as my secretary and reference clerk. I trust this will be of

Numerous motions now are pending before the Court, And I shall invoke the F.R.C.P. to make verbal motions during the hearing requested herein.

Trusting the Court will consider the most unusual circumstances of this filing, and in the near future, i.e. inaccessibility to my own mail, no computer nor copier, etc., And ask for the Court's tollerence and patience.

Most Respectfully presented By:

H.L. Watkins, Jr.
INMATE # 048590
954 E. Harrison St.
Brownsville, Tx 78520