10

United States District Court
Southern District of Texas
FILED

OCT 10 2000

Michael N. Milby, Clerk of Court

IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

H.L. WATKINS, SR.                    CIVIL ACTION B-00-112
PLAINTIFF, PRO SE

V.

JAMES Y. SITGREAVES, ET AL.,
DEFENDANTS.

MOTION FOR FILED PAPERS:

To the Honorable Judge of this Court:

Comes the plaintiff to ask most respectfully that I be supplied with a file-stamped copy of all documents filed by Plaintiff during incarceration, and invokes F.R.C.P. Rule 5(e) if I may attempt to quote from memory: METHOD OF FILING: Core Concept: Papers are filed with the Clerk of the Court, unless the Court permits filing with the judge personally. Where so provided by proper local rules, papers may be filed by electronic means, including facsimile transmissions. The Clerk of the Court "MAY NOT REFUSE TO ACCEPT A PAPER FOR FILING SIMPY BECAUSE THE PAPER DOES NOT CONFORM TO THE RULES OR THE DISTRICT'S LOCAL RULES".

FURTHER AS TO RULE 5, SUB-HEADING "PRISONER PLAINTIFFS: "As with service under Rule 5(b), a pro se prisoner's papers are (USUALLY) deemed "filed" under Rule 5(e) upon delivery of those documents to the prison officials." See Cooper V Brookshire, 70 F.2d 377 (5TH CIR, 1995). Cameron County Sheriff Omar Lucio does not all his "officials", meaning the prison guards, to conform. SEE ALSO JAMES V WARDEN OF STATEVILLE CORRECTIONAL CTR, 918 SUPP 1142, 1151, (N.D., ILL, 1995)

Therefore, predisposition considered, Plaintiff Prays the Court will order the Clerk to supply a filed copy of each such paper, directed to the Plaintiff's address, or notify THE COURT of the discrepancy in such filings VIA THE LAST SENTENCE IN RULE 5(e): "However, a local Rule may instruct the Clerk to inform the Court" (meaning the Presiding Judge) "of the paper's defect". A ruling to Plaintiff's Motion for an order to the Sheriff to allow Plaintiff access and employment to his own files, records, books and equipment, would eliminate any deficiencies in his filings.

Most respectfully presented by:

H.L. Watkins, Jr.
INMATE #048590
954 E. HARRISON ST.
BROWNSVILLE, TX 78520