In the U.S. District Court
For the Southern District of Texas
Brownsville Division

11

W.L. Watkins, Jr.
Plaintiff Pro Se.

v.

James Yaw Sitgreaves, et al
Defendants

Civil Action # B-00-112

United States District Court
Southern District of Texas
FILED

OCT 10 2000

Michael N. Milby, Clerk of Court

Motion to Command Sheriff
Omar Lucio to deliver Plaintiff to his
Office for Court files, and make the
County Law Library, as needed, for necessary
supplies and equipment.

To the Honorable Judge of this Court:

Plaintiff, being at a distinct disadvantage while incarcerated, prays the Court will order Sheriff Omar Lucio to have him delivered to his home office to accumulate the necessary materials and equipment to adequately prepare this matter for trial. At age 78 and in ill health, coupled with the surroundings of rowdy and loud prisoners with nothing else to do, is distracting, at best. And, Plaintiff's penmanship leaves much to be desired and is easily corrected at no or little expense to the taxpayers. Plaintiff also requires, and pleads for in this motion, a small 2-drawer filing cabinet at home, for adequate storage and immediate availability of files pertaining to this civil action. Additionally, access to the law library is absolutely essential as needed. Therefore, Plaintiff prays for such an order at the earliest possible date. Without this order, the Sheriff is obstructing justice!

Respectfully presented by,

W.L. Watkins, Jr.