IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McAllen Division

13

B-00-112

MOTION FOR WRIT OF HABEAS CORPUS:

H.L. WATKINS, JR

V

CAMERON COUNTY SHERIFF OMAR LUCIO:

United States District Court
Southern District of Texas
FILED

OCT 16 2000

Michael N. Milby, Clerk of Court

TO THE HONORABLE JUDGE OF THIS COURT:

Comes Petitioner H.L. Watkins, Jr, INMATE NO. 048590, incarcerated under the alias of Horace Lamar Watkins, who seeks his Constitutional Rights to freedom from illegal imprisonment when the Government has filed absolutely no charges against a citizen or any person under the jurisdiction of the United States of America. No Texas court, no other state, and certainly Cameron County, Texas, has now, or ever, filed so much as anything more than a moving violation against Colonel H.L. Watkins, Jr, my birth name, Social Security and driver license name — one in Rio Hondo, Texas on or about 1996. Therefore any court in any state, and most certainly the U.S. Dist. court has subject matter jurisdiction over the Sheriff of Cameron County, Texas, who, Your Honor, has in his possession a copy of my birth certificate, SS card and driver license. He is fully aware that he is holding a citizen who was kidnapped from his home by a Cameron County Constable who forced entry into the home while my wife was hospitalized for heart surgery — then locked our two poodles in the house with minimal water and no prepared food. His name, Your Honor, is Josephat "HOSS" Lozano, who took the house keys from my hands with the pretext of turning them over to my stepdaughter. That was at

1

10:30 hours on 27 July. The keys were turned over to Mrs. Alicia Zamora, Tel # 956-361-5380, at or about 1530 that afternoon, after he'd removed me from my home without a warrant nor my approval, and had me safely in jail in Brownsville. He had opportunity, motive and keys to remove anything from my home, and I can't prove more than the fact he gave the keys to Alicia, later. Mrs Watkins was there from the hospital, as well. She is there now.

Therefore, Your Honor, I Pray that this Court will see this event for exactly what it is: a ploy to prevent me from prosecuting B-00-112, in the hopes I'll miss a court date and Your Honor will dismiss, by kidnapping and holding me hostage.

An investigative hearing in your Courtroom would be most welcome as soon as possible. Any postponement that allows the Sheriff to continue his hold on this kidnapped hostage, is harmful to the already ill health of this old soldier who served his country voluntarily and with pride, and still loves his country, but has nothing but contempt for the Cameron County Government.

May God and Your Honor's Conscience act as co-pilot and navigator in the decision to grant this motion for an immediate release from imprisonment. To be blunt and to the point, with a civil action before the Court in which each and every defendant is in default, and their attorneys put them there for the purpose of seeing justice done for the first time in ten years for the Plaintiff, Pro Se, I Ain't Goin' nowhere. Bond is not necessary, but acceptable in case with the Court, if affordable. Most respectfully,
H. Watkins, Jr.

PRIVATE AND CONFIDENTIAL

9/8/2000
Cameron County Jail

Dear Judge Hinojosa,

My dismissal from Valley Baptist Med Ctr on Saturday, was held up until today (Sunday) due to an investigation requested of the Court in B-00-112, although instigated by my son-in-law for his Dallas-based investment group who owns a local TV station. It is imperative that you be informed that it was not I who went outside the Court for the purpose of usurping your jurisdiction, nor circumventing the request in my civil action. However, my family has become rightfully concerned that five heart attacks during my seventy days of illegal incarceration, two of them necessitating surgery, has placed my very life in unnecessary peril, and decided it was time this dishonesty and corruption in Cameron County should go public. His station will air the first of a three part series that deals with the contents of B-00-112 in 1990 concerning Warrantless arrests in Cameron County, as soon as their legal department are satisfied with my documents and those in the Clerk's files in Brownsville, beginning 4 June, 1990, and in the Houston files as they are able to obtain them. This note to you, Sir, will not be copied — not even my family are aware of its existence, and your disposal of it is respectfully requested. I felt compelled to include it with a final attempt to make the constitution work in my favor via the enclosed motion for a Writ of Habeas Corpus, and assure you on my word of honor as an officer and a gentleman that nothing, ~~~~ now ~~nor~~ ~~it~~ ever shall be ~~~~~~~~ in ~~~~ my papers addressed to your attention, intended to influence my case. It needs no influence, Your Honor — only its day in court before an Honest Judge and a jury of my peers. Nothing more, nothing less. Most respectfully,

Colonel H.L. Watkins, Jr.

Footnote: My little Mexican wife has been in seclusion sin