# IN THE U.S. DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION


14

H.L. WATKINS, JR.
PLAINTIFF, PRO SE

V

JAMES Y. SITGREAVES, ET AL.,
DEFENDANTS.

CIVIL ACTION B-00-112

United States District Court
Southern District of Texas
FILED
OCT 19 2000
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
RECEIVED
OCT 23 2000
Michael N. Milby, Clerk of Court

## URGENT MOTION FOR EXECUTION

To the Honorable Judge of this Court:

Comes Plaintiff H.L. Watkins, Jr. to Pray for earned and deserved justice in the matter, specifically, Watkins V Migdalia Lopez, Honorable Presiding Judge of the 197th Judicial District Court and controlling judge in Criminal Case CR-90-814-C, State of Texas vs HORACE LAMAR WATKINS.

If it please the Court, and in view of Cameron County's quick strategic maneuver to remove the Plaintiff from the area of the above numbered and captioned Civil Action for the benefit of the defendants, Plaintiff Prays the Court will take immediate action sought earlier to Execute against Defendant in-Default, Honorable Migdalia Lopez. Specifically, Plaintiff asks the Court to:

1. Grant default judgement insofar as Plaintiff demands in the original Petition pertaining to setting aside the illegal and dishonest conviction of the Reverend Doctor Horace Lamar Watkins, and;

2. That Her Honor shall comply with money demands in the form of refunds from Cameron County and the Cameron-Willacy County Adult Probation Dept; and;

3. That this Court, in so doing as prayed for in 1 & 2, will Grant the Plaintiff's pleading to dismiss personal money demands of Plaintiff against Defendant Judge Migdalia Lopez, who inherited the responsibility of another Judge's own inability to rule against still a third State District Judge - Hester/Mancias, as it were.

4. That Judge Lopez be held responsible for ordering an immediate release of the Reverend's only living son and allow the family to realize their 14th Amendment Rights to regain their good name, honor, integrity and previously unblemished reputation.

5. Finally, Plaintiff Prays the Court will review the pending motion for default judgement against all such defendants, and those

1.

in default for failure to respond and defend pursuant to FRCP Rule 4, and the Summons itself, Rule 11, et al, issue the Write of Execution Pursuant to Rule 69, after which Plaintiff will make a proposal to each such defendant in default for an out of Court settlement, or as the Court may decide.

Plaintiff Prays the Court will take immediate action in this matter, as his already poor health deteriorates rapidly in prison.

Most Respectfully presented by:

W.L. Watkins, Jr.
Byrd Unit - Box 100
I.D. #1004246
Huntsville, Tx 77342