Case 1:00-cv-00112   Document 15   Filed in TXSD on 02/13/2001   Page 1 of 1

*15*

12 February, 2001

CLERK, U.S. DISTRICT COURT
600 E. Harrison St.
Brownsville, Tx. 78520

United States District Court
Southern District of Texas
FILED

FEB 1 3 2001

Michael N. Milby
Clerk of Court

REF: CIVIL ACTION B-00-112

United States District Court
Southern District of Texas
RECEIVED

FEB 1 3 2000

Michael N. Milby, Clerk of Court

H.L. WATKINS,JR.
v
JAMES YOW SITGREAVES

Dear Clerk,

Enclosed herewith is the original and a copy of Plaintiff's Motion for
Pretrial Conference, and I ask that you stamp file the copy and return it
to me in the enclosed self-addressed and stamped envelope.

Please be reminded that B-00-112 was filed pursuant to forma pauperis
rules, and ask that you serve the defendants with a copy of the paper, at
your leisure.

Thanking you in advance for your help in this matter, I am

H.L. WATKINS, JR.,
El Camino Real - Box #59
San Benito, Tx. 78586
Phone (956) 399-2312

CPDF - www.fxdoc.com