16

IN THE U.S. DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2001

Michael N. Milby
Clerk of Court

H.L. WATKINS, JR.,  CIVIL ACTION B-00-112

Plaintiff, Pro Se.  Jury

v

JAMES YOW SITGREAVES, et al,

Defendants.

MOTION FOR PRETRIAL CONFERENCE:

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now the Plaintiff who Prays this Court will set a Pretrial Conference pursuant to FRCP, Rule 16(a), and asks the Court to expedite scheduling at the earliest possible date.

In addition, Plaintiff Prays the Court will be prepared to rule on existing Motions now before the Bench, pursuant to Rule 16(c)(11) and Rule 16(c)(16).

Most respectfully presented by:

*[signature]*

H.L. WATKINS, JR.,

El Camino Real - Box #59

San Benito, Tx. 78586

Tel (956) 399-2312