*17*

United States District Court
Southern District of Texas
FILED

MAR 1 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

H. L. WATKINS, JR.,　　　　　　　　　　　　CIVIL ACTION NO: B-00-112
Plaintiff, Pro Se.　　　　　　　　　　　　　Jury
v
JAMES YOW SITGREAVES,
FILEMON B. VELA,
HILDA G. TAGLE,
JOHN WM. BLACK,
FIDENCIO G. GARZA, et al;
Defendants

## SECOND MOTION FOR *DISCOVERY* HEARING:

**TO THE HONORABLE JUDGE OF THIS COURT:**

　　COMES AGAIN TO THIS COURT, PLAINTIFF, PRO SE. H.L. WATKINS, JR., who Prays for the second time that this Civil Cause of Action be set for Discovery Hearing without further delay.

　　The Court is reminded that this case was filed on 23 June, 2000, and the Discovery Heearing could have been, and should have been, scheduled no later than the time prescribed and mandated by the Federal Rules of Civil Procedure, notwithstanding the fact that one or more of the Defendants - Filemon B.Vela - has caused delays, according to an employee in the Brownsville federal courthouse

　　Therefore, considering the fact that Vela illegally and immorally ordered the case moved from State Court into his jurisdiction, the Presaiding Judge should exercize his full authority as such, and set the case for this hearing, then a trial shortly thereafter.  Or, if this is impossible to do because of Vela, the Presiding Judge might choose to dismiss the case, as Vela and others listed in this Civil Action as defendants have done in the past with this Plaintiff, Pro Se., and make it appealable.

　　While Plaintiff understands and sympathises with the dilemma of the Presiding Judge, this thought should brighten his day: Vela, et al, are charged with PERJURY and OBSTRUCTION OF JUSTICE, in the above numbered and titled Civil Action, **AND THE CHARGES ARE *EASILY* PROVEN WITH THEIR OWN DOCUMENTS.**  The FBI has beem asked to scrutinize this case, and if it can be proven that Vela is further interferring and causing delays, Your Honor could be the Senior Judge in the Division, if not the Chief Judge of the Southern District of Texas

　　Plaintiff again Prays that this Court will set this case for a discovery hearing ASAP, and be prepared to rule on the numerous motions on file, per the Federal Rules of Civil Procedure and

the United States Constitution.

Most respectfully presented by;

H.L. WATKINS, JR.,
Plaintiff, Pro Se.
El Camino Real - Box #59
San Benito, Tx. 78586
Tel/fax (956) 399-2312

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

H. L. WATKINS, JR.,                       CIVIL ACTION NO: B-00-112
Plaintiff, Pro Se.                            Jury
v
JAMES YOW SITGREAVES,
FILEMON B. VELA,
HILDA G. TAGLE,
JOHN WM. BLACK,
FIDENCIO G. GARZA, et al;
Defendants

## ADDENDUM:

**TO THE HONORABLE JUDGE OF THIS COURT:**

    COMES NOW PLAINTIFF, PRO SE. H.L. WATKINS, JR., pursuant to the Federal Rules of Civil Procedure, and hereby submit this *ADDENDUM* as an integral part of the Original Petition.

    While no additional defendants have been added, Defendant George Kazen has again **PERJURED** a document with the full intent and purpose to **OBSTRUCT JUSTICE**. Note Plaintiff's demands of this Defendant below.

    The other Defendants will also note that due to Co- Defendant Vela's desire and act to illegally remove this case from State Court and *into his jurisdiction* where he is able to retain the records in the Brownsville Division, as opposed to the Court of the Presiding Judge in McAllen, Plaintiff will not now be limited to a maximum of two hundred fifty thousand dollars for each demand made in State Court.

    Specifically, no motions from either party preceeded the Removal Order, which shows the order to have been made by another lawyer named Vela, who failed to affix a signature - making it null and void. However, Plaintiff has been told by several people in the McAllen area that Judge Ricardo Hinojosa is an honest judge - a rarity in Cameron County - both State and Federal. Thus, Plaintiff will place trust and confidence in the Presidient Judge in McAllen.

    However, this action was filed on 23 June, 2000, in state court and in compliance with state laws. Each defendant had twenty days in which to file a responsive pleading. Twenty days had long since expired before lawyer Vela's *removal order* was filed with the court.

    Therefore, in that a Plaintiff is mandated one *AMENDMENT* by Federal Rules of Civil Procedure, Rule 15: *"A PARTY MAY AMEND THE PARTY'S PLEADING ONCE AS A MATTER OF COURSE AT ANY TIME BEFORE A*

## *RESPONSIVE PLEADING IS SERVED".*

In that *RESPONSIVE PLEADINGS* have been few, if any, in the above titled and numbered Cause of Civil Action, those defendants whose failure to respond in *strict compliance* with the Texas Rules of Court, and who have been filed upon for default judgement in either state or federal court, thanks to Filemon, will now come under federal rules for damages, as follows:

To make this simple and understandable to the Cameron County lawyers, in particular, you will now have another ZERO ADDED TO EACH MONEY DEMAND. For example, if the State Court Civil Action demanded one hundred thousand dollars, add now another zero in your minds and to your CERTIFIED BANK FUNDS CHECK, bringing the present demands, in each such instance, to one million dollars - and other demands are now made in a like nature.

The Court's attention is now directed to Defendant Kazen, who boldly dismissed Plaintiff's Civil Action in the Laredo Division, numbered L-99-99, and Plaintiff demands the following restitution:

1. The full amount demanded of each and every defendant named in the Civil Action he dismissed, plus;

2. Attorney's fees equal to 40% of the award demanded above.

Most respectfully presented by;


H.L. WATKINS, JR.,
Plaintiff, Pro Se.
El Camino Real - Box #59
San Benito, Tx. 78586
Tel/fax (956) 399-2312