

United States District Court
Southern District of Texas
FILED

APR 1 3 2001

Michael N Milby Clerk

IN THE UNITED STATES DISTRCIT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

H.L. WATKINS, JR.                                CAUSE # B-00-112
Plaintiff, Pro Se.                                Jury

v

*LAWYER* JAMES YOW SITGREAVES, &
U.S. DISTRICT JUDGE FILEMON B. VELA, &
CHIEF U.S. DISTRICT JUDGE GEORGE P. KAZEN, &
*LAWYER* JOHN CARRINGTON, &
*LAWYER* ALFREDO PADILLA, &
ATTORNEY FERNANDO G. MANCIAS, et al,
Defendants

## MOTION FOR WRIT OF MANDAMUS

### TO THE HONORABLE MAGISTRATE JUDGE PETER E. ORMSBY:

   COMES AGAIN TO THIS HONORABLE COURT, H.L. WATKINS, JR., Plaintiff, Pro Se., seeking justice and a fair and impartial, racially-free, hearing and trial before a jury of his peers in the FORESEEABLE FUTURE, and Pray that the Judge will not ignore this Motion for Writ of Mandamus. Rather, to cause the above action to happen without further judicial interferrance, influence or intimidation on the part of the defendant judges.

   While the word MANDAMUS may seem strange to the judiciary in Cameron County, the United States Constitution, when drawn up by our forefathers from England, saw fit to incorporate it into the laws of OUR Country to protect its Citizens against potential dishonesty, corruption - and illiteracy - among future generations of judicial officers. It MANDATES AND COMMANDS PERFORMANCE of an unruly judge who interferes in, or disrupts due process in the American Judicial System - meaning simply - OBSTRUCTION OF JUSTICE....the basis of the above titled and numbered Civil Cause of Action, resulting from judicial perjury in Court Documents.

It goes without saying that this Court and the assigned presiding judge in this civil matter is bound by the Federal Rules of Civil Procedure, regardless of the self-appointed trouble-maker in the Brownsville Division. There are no options nor alternatives in the Rules. And while the Plaintiff is made aware of, and kept abreast of, interference from the senior judge in the Brownsville Division, there are options and alternatives available to a Plaintiff, Pro Se.

It is, therefore, substantially consequencial that this case move forward and into court, with or without a so-called Scheduling Conference that has proven to be a waste of time for the litigants and lawyers involved in such cases as this in Cameron County, Texas, and a Pre-trial Conference is equally as insignificant in that county's US District Court. In the likelyhood the Defendants nor their lawyers are unprepared for trial, ten or more months since filing, they will never be ready.

Furthermore, in that each and every defendant is in default for failure to respond per Texas Rules of Law, under which this case was filed, and also offers no options or alternatives - their lawyers have no defense, and even David Copperfield could not aid their efforts.

Predesposition considered, Plaintiff Prays that the Honorable Magistrate Judge of this Court will scrutinize the situation for what it really is in B-00-112, and GRANT THIS MOTION FOR WRIT OF MANDAMUS - ORDERING THE DEFENDANT JUDGES TO BUTT OUT - AND THE LAWYERS TO PREPARE THEMSELVES FOR A HEARING. AND, THE COURT IS ONCE AGAIN CHALLENGED TO BE PREPARED TO RULE ON LONG-OVERDUE MOTIONS NOW PENDING BEFORE THE COURT, AND ANY THAT SHOULD FOLLOW!

A proposed Court Order is attached hereto.

Most respectfully presented by;

*[signature]*

H.L. WATKINS, JR.,
Plaintiff, Pro Se.
El Camino Real - Box #59
San Benito, Tx. 78586
Tel/fax (956) 399-2312

CC: Bureau Chief, FBI, San Antonio;
 Reporter/Columnist Juanita Brodecky;
 Valentine Zamora, Channel 4 News.