United States District Court
Southern District of Texas
FILED
MAY 03 2002
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
MAY 07 2002
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| H. L. Watkins, Jr.<br>Plaintiff | § § § | |
| vs. | § § § | |
| James Y. Sitgreaves, *et al*<br>Defendants | § § § | CIVIL ACTION No. B-00-112 |

## O R D E R

The following rulings are made by the court:

- "DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE AN ANSWER OR OTHER RESPONSIVE PLEADING" (Docket Entry #3) is GRANTED;

- Plaintiff's "MOTION FOR DISCOVERY HEARING" (Docket Entry #9) is DENIED;

- Plaintiff's "MOTION FOR FILED PAPERS" (Docket Entry #10) is DENIED;

- Plaintiff's "MOTION TO COMMAND SHERIFF OMAR LUCIO TO DELIVER PLAINTIFF TO HIS OFFICE FOR COURT FILES, AND MAKE THE COUNTY LAW LIBRARY, AS NEEDED, FOR NECESSARY SUPPLIES AND EQUIPMENT" (Docket Entry #11) is DENIED;

- Plaintiff's motions for pretrial conference (Docket Entries #15, 16) are GRANTED as set forth below;

- Plaintiff's "SECOND MOTION FOR DISCOVERY HEARING" (Docket Entry #17) is DENIED;

- the parties shall appear before the undersigned for a pretrial conference on June 20, 2002 at 4:00 p.m.

The clerk of the court shall send a copy of this order to the parties

DONE at McALLEN, Texas, this 3rd day of ~~April~~ May, 2002.

_____
Dorina Ramos
UNITED STATES MAGISTRATE JUDGE