# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

*United States District Court*
*Southern District of Texas*
*ENTERED*
*JUN 1 9 2002*
*Michael N. Milby, Clerk of Court*

H.L. WATKINS

vs                                              CIVIL ACTION NO. B-00-112

JAMES SITGREAVES, ET AL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
RE-SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**PRETRIAL CONFERENCE**

**MONDAY, JUNE 24, 2002 AT 4:00 P.M.
AT McALLEN, TEXAS**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE DORINA RAMOS**

---

BY ORDER OF THE COURT

June 19, 2002

cc:  counsel of record

     File