UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| H. L. WATKINS, JR., <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )    CIVIL ACTION NUMBER <br> )          B-00-112 |
| JAMES Y. SITGREAVES et.al., <br>     Defendants. | ) <br> ) <br> ) |

## ADVISORY TO THE COURT

TO THE HONORABLE COURT:

The undersigned attorney, Richard O. Burst, is of record for Defendants Luis Saenz, Migdalia Lopez, and Fernando Mancias, all in their individual capacities.

At the time I entered an appearance in this case I was employed by Cameron County, Texas. The Commissioners Court authorized me to represent these individual defendants. At the times alleged in the Complaint each of these defendants were performing official functions.

I am no longer employed by Cameron County, but I have conferred with Fernando Mancias, with Luis Saenz, and with the court administrator of Migdalia Lopez, who is not available at this time. They each authorized me to continue representing them in this case. The representation will be pro bono because I no longer work for the County.

Service of Saenz', Lopez' And Mancias' Rule 12(b)(6) Motion To Dismiss was attempted on the pro se Plaintiff at the time the Motion was filed, but it was returned "unclaimed".

The address the Court has listed for Plaintiff, 954 E. Harrison, Brownsville, Texas 78520, is the old Cameron County Jail. On June 26, 2002, the Cameron County jail advised me that their last record of H. L. Watkins is that he was released to probation by Judge Janet Leal on February 7, 2001. The last know address for H. L. Watkins, Jr. that I am aware of is **H. L. Watkins, Jr., El Camino Real, Box 59, San Benito, Texas 78586.**

Please correct my address in the file to:

Richard O. Burst
MAGALLANES, HINOJOSA & MANCIAS
2408 N. Conway
Mission, Texas 78572
(956) 583 1660
(956) 583 5939 Facsimile

Respectfully submitted,

MAGALLANES, HINOJOSA & MANCIAS, P.C.

_____
Richard O. Burst
S.D. No. 15515
Texas Bar No. 00785586
2408 N. Conway
Mission, Texas 78572
Telephone: (956) 583 1660
Facsimile: (956) 583 5939

Attorney for Defendants
Luis Saenz, Fernando Mancias and Migdalia Lopez

## CERTIFICATE OF SERVICE

I hereby certify that on 27 day of June 27, 2002, a true and correct copy of the above and foregoing instrument was sent by certified mail, return receipt requested to:

H. L. Watkins, Jr. Pro Se
El Camino Real, Box 59
San Benito, Texas 78586

Alfredo Padilla
1000 E. Van Buren
Brownsville, Texas 78520

Jose Vela, Jr.
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78501

James Y. Sitgreaves
2009-C Padre Blvd.
South Padre Island, Texas 78597

John L. Carrington
113 E. Harrison
Harlingen, Texas 78550

Richard O. Burst