

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN BROWNSVILLE DIVISION

| | |
|---|---|
| H.L. WATKINS, JR. <br> Plaintiff | § <br> § <br> § |
| v. | §  Civil Action No. B-00-112 |
| JAMES Y. SITGREAVES, et al <br> Defendants | § <br> § <br> § <br> § |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Pursuant to instructions from the Court in the judicial telephone conference of June 24, 2002, Defendant James Y. Sitgreaves files herein his dispositive motion, as follows:

I.

This Defendant calls the attention of the Honorable Court to the affirmative defense of Defendant filed with the Court on July 19, 2000, wherein Defendant pleads the affirmative defense, to wit;

That the claim of the Plaintiff against this Defendant and other Defendants was disposed of on November 14, 1995 in a matter entitled *H.L. Watkins, Jr. vs. Deputy Court Clerk, Juan Barbosa, et al.* Said matter was fully adjudicated and judgment was rendered by that court in favor of Defendants on August 26, 1998. Said judgment remains in full force and effect and has not been overturned by any Court of Law. Therefore, Plaintiff is barred from bringing this action under the doctrine of *res judicata*.

II.

As previously pled, if the plaintiff had a cause of action, which he does not, said action would be barred by the statute of limitations.

III.

This Defendant adopts and by reference incorporates herein, the Federal Judges and Prosecutors' Motion to Dismiss filed on or about September 26, 2000, pointing out the abuse of the judicial process by the Plaintiff and calling upon the court to dismiss Plaintiff's cause of action with prejudice and that Plaintiff be barred from filing any further lawsuits "consistent with the Honorable Judge Tagle's previous Order of Dismissal".

WHEREFORE PREMISES CONSIDERED, Defendant James Y. Sitgreaves prays that this cause be dismissed in its entirety, with prejudice; that all costs be assessed against the Plaintiff; that the Court impose sanctions against the Plaintiff as deemed appropriate; that the Plaintiff be barred from filing any further litigation for the purpose of harassment; and for such other and further relief the court may deem appropriate.

SIGNED this 30th day of July, 2002.

Respectfully submitted,

Jim Sitgreaves
2009-C Padre Boulevard
South Padre Island, Texas 78597
Telephone: (956) 761-2253
State Bar No. 18446000
Cameron County ID No. 15801
So. Dist. Federal No. 6568

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing, Motion to Dismiss, has been served on counsel of record, to wit:

State of Texas
c/o John Cornyn, Atty Gen.
300 W. 15th Street
Austin, Texas 78711

Richard O. Burst
Civil Legal Department
Cameron County Commissioners Court
946 East Harrison Street
Brownsville, Texas 78520

John Lee Carrington
113 E. Harrison
Harlingen, Texas 78550

Alfredo Padilla
100 E. Van Buren St.
Brownsville, Texas 78520

H.L. Watkins, Jr.
El Camino Real - Box #59
San Benito, Texas 78586

Eloy Cano
c/o Harlingen Police Department
P.O. Box 1631
Harlingen, Texas 78550

Hidalgo County
100 N. Closner
Edinburg, Texas 78539

Robert Flowers &
State Commission on Judicial Conduct
P.O. Box 12265, Capitol Station
Austin, Texas 78711

Jose Vela, Jr.
Assistant United States Attorney

State Bar of Texas
c/o General Counsel
P.O. Box 12487, Capital Station
Austin, Texas 78711-2487

by fax transmission and regular mail, by placing same in a post office or official depository under the care and custody of the United States Postal Service on July 30, 2002.

_____
Jim Sitgreaves