IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
AUG 19 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| H. L. WATKINS, JR., ) | |
|    Plaintiff ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. B-00-112 |
| ) | |
| JOHN L. CARRINGTON, ET AL., ) | |
|    Defendants ) | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to instructions from the Court in the judicial telephone conference of June 24, 2002, Defendant, John L. Carrington, files herein his dispositive motion, as follows:

I.

This Defendant calls the attention of the Honorable Court to the affirmative defense of Defendant filed with the Court on July 19, 2000, wherein Defendant pleads the affirmative defense, to-wit:

That the claim of the Plaintiff against the Defendant and other Defendants was disposed of on November 14, 1995, in a matter entitled, "H.L. Watkins, Jr. vs. Deputy Court Clerk, Juan Barbosa, et al". Said motion was fully adjudicated and judgment was rendered by that Court in favor of Defendants on August 26, 1998. Said judgment remains in full force and effect and has not been overturned by any Court of Law. Therefore, Plaintiff is barred from bringing this action under the doctrine of res judicata.

II.

As previously pled, if the Plaintiff had a cause of action, which he does not, said action

Motion To Dismiss - Page 1

would be barred by the statute of limitations.

III.

This Defendant adopts and by reference incorporates herein, the Federal Judges and Prosecutors' Motion To Dismiss filed on or about September 26, 2000, pointing out the abuse of the judicial process by the Plaintiff and calling upon the Court to dismiss Plaintiff's cause of action with prejudice and that Plaintiff be barred from filing any further lawsuits consistent with the Honorable Judge Tagle's previous Order of Dismissal.

WHEREFORE, PREMISES CONSIDERED, Defendant John L. Carrington prays that this cause be dismissed in its entirety with prejudice, that all costs be assessed against the Plaintiff; that the Court impose sanctions against the Plaintiff as deemed appropriate; that the Plaintiff be barred from filing any further litigation for the purpose of harassment and for such other and further relief the Court may deem appropriate.

Respectfully submitted,

JOHN L. CARRINGTON
1113 E. HARRISON
HARLINGEN, TEXAS   78550
(956) 425-5142
(956) 425-5461 (FAX)

BY: _____
JOHN L. CARRINGTON
State Bar Card No. 03880700

Motion To Dismiss - Page 2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion To Dismiss was on this the \_\_\_ day of August, 2002, mailed by U.S. Mail, postage prepaid, to:

State of Texas
c/o John Cornyn, Attorney General
300 W. 15th Street
Austin, Texas   78711

Richard O. Burst
Civil Legal Department
Cameron County Commissioners Court
946 East Harrison
Brownsville, Texas   78520

Jim Sitgreaves
2009-C Padre Boulevard
South Padre Island, Texas   78597

Alfredo Padilla
100 E. Van Buren St.
Brownsville, Texas   78520

H. L. Watkins, Jr.
El Camino Real - Box #59
San Benito, Texas   78586

Eloy Cano
c/o Harlingen Police Department
P. O. Box 1631
Harlingen, Texas   78550

Hidalgo County
100 N. Closner
Edinburg, Texas   78539

Robert Flowers &
State Commission on Judicial Conduct
P. O. Box 12265, Capitol Station
Austin, Texas   78711

Jose Vela, Jr.
Assistant United States Attorney

State Bar of Texas
c/o General Counsel
P. O. Box 12487, Captiol Station
Austin, Texas   78711-2487

Motion To Dismiss - Page 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| H. L. WATKINS, JR., <br> Plaintiff | ) ) ) | |
| VS. | ) ) | CIVIL ACTION NO. B-00-112 |
| JOHN L. CARRINGTON, ET AL, <br> Defendants | ) ) ) | |

**ORDER OF DISMISSAL**

All matters and issues having been resolved, it is the

ORDER of the Court that the cause be dismissed in its entirety and that all court costs be charged against the Plaintiff.

SIGNED this _____ day of _____, 2002.

_____
JUDGE PRESIDING