United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| H.L. WATKINS, JR. ) | |
| ) | |
| VS. ) | |
| ) | |
| JAMES V. SITGREAVES, JOHN ) | |
| CARRINGTON, ALFREDO PADILLA, ) | |
| LUIS V. SAENZ, ELOY CANO, ) | |
| FERNANDO MANCIAS, HIDALGO ) | CIVIL ACTION NUMBER |
| COUNTY, MIGDALIA LOPEZ, FILEMON ) | |
| B. VELA, FIDENCIO GARZA, JR., ) | |
| HILDA G. TAGLE, JOHN W. BLACK, ) | |
| JOHN D. RAINEY, W. EUGENE DAVIS,) | B-00-112 |
| HAROLD DEMOSS, JR., JAMES L. ) | |
| DENNIS, MARCEL C. NOTZON, KEITH ) | |
| P. ELLISON, GEORGE P. KAZEN, ) | |
| LYNN N. HUGHES, STATE BAR OF ) | |
| TEXAS, ROBERT FLOWERS, STATE ) | |
| COMMISSION ON JUDICIAL CONDUCT, ) | |
| STATE OF TEXAS, MERVYN M. ) | |
| MOSBACKER, U.S. ATTORNEY, AND ) | |
| U.S. ATTORNEY GENERAL JANET RENO) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation in the above-referenced case and after reviewing the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Docket Entry Number 31 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendants.

DONE this 30th day of September, 2004, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE