United States District Court
Southern District of Texas
FILED

SEP 30 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| H.L. WATKINS, JR. )<br>)<br>VS. )<br>)<br>JAMES V. SITGREAVES, JOHN )<br>CARRINGTON, ALFREDO PADILLA, )<br>LUIS V. SAENZ, ELOY CANO, )<br>FERNANDO MANCIAS, HIDALGO )<br>COUNTY, MIGDALIA LOPEZ, FILEMON )<br>B. VELA, FIDENCIO GARZA, JR., )<br>HILDA G. TAGLE, JOHN W. BLACK, )<br>JOHN D. RAINEY, W. EUGENE DAVIS,)<br>HAROLD DEMOSS, JR., JAMES L. )<br>DENNIS, MARCEL C. NOTZON, KEITH )<br>P. ELLISON, GEORGE P. KAZEN, )<br>LYNN N. HUGHES, STATE BAR OF )<br>TEXAS, ROBERT FLOWERS, STATE )<br>COMMISSION ON JUDICIAL CONDUCT, )<br>STATE OF TEXAS, MERVYN M. )<br>MOSBACKER, U.S. ATTORNEY, AND )<br>U.S. ATTORNEY GENERAL JANET RENO) | CIVIL ACTION NUMBER<br><br>B-00-112 |

## ORDER OF DISMISSAL

The Court, having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge Dorina Ramos in order of even date herewith, is of the opinion that this cause of action should be dismissed.

It is, therefore, ORDERED, ADJUDGED and DECREED that this cause of action is hereby DISMISSED.

The Clerk shall send a copy of this order to Plaintiff and counsel for Defendants.

DONE on this 30th day of September, 2004, at McAllen, Texas.

                                       _____
                                              Ricardo H. Hinojosa
                                         UNITED STATES DISTRICT JUDGE