CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

H L Watkins
#048590
954 E. Harrison
Brownsville TX 78520

Case: 1:00-cv-00112   Instrument: 32   (2 pages)
Date: Sep 30, 2004
Control: 040935856
Notice: The attached order has been entered

United States District Court
Southern District of Texas
RECEIVED

OCT 07 2004

Michael N. Milby, Clerk

RTS
Released 2/7/05