

Eloy Cano
P O Box 1631
Harlingen  Tx  78550

Case: 1:00-cv-00112   Instrument: 32   (2 pages)
Date: Sep 30, 2004
Control: 040935844
Notice: The attached order has been entered.

*Return to Sender*

does not reside nor work here.

United States District Court
Southern District of Texas
RECEIVED

NOV 1 0 2004

Michael N. Milby, Clerk